IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| BRENT NIX, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE CHEMOURS COMPANY FC, LLC, et al., ) <br> ) <br> Defendants. ) | No. 7:17-CV-189-D |
| CAPE FEAR PUBLIC UTILITY AUTHORITY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE CHEMOURS COMPANY FC, LLC, et al., ) <br> ) <br> Defendants. ) | No. 7:17-CV-195-D |
| ROGER MORTON, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE CHEMOURS COMPANY, et al., ) <br> ) <br> Defendants. ) | No. 7:17-CV-197-D |
| VITORIA CAREY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> E.I. DU PONT DE NEMOURS AND COMPANY ) <br> et al., ) <br> ) <br> Defendants. ) | No. 7:17-CV-201-D |

| | ) |
|---|---|
| BRUNSWICK COUNTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 7:17-CV-209-D |
| | ) |
| DOWDUPONT, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The court will hold an initial status conference in all five cases at 10:00 a.m. on Thursday, January 4, 2018, in courtroom one of the Terry Sanford Federal Building, 310 New Bern Avenue, Raleigh, North Carolina. All deadlines are STAYED pending the status conference.

SO ORDERED. This 7 day of December 2017.

JAMES C. DEVER III
Chief United States District Judge